UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERIOR MANAGEMENT, INC..

    Plaintiff/
    Counter-Defendant,

– against –

LES METALLIERS
CHAMPENOIS, CORP.

    Defendant/
    Counter-Claimant.

**ORDER**

15 Civ. 1050 (ER)

RAMOS, D.J.:

    On April 19, 2016, this case was stayed in front of the Honorable Shira A. Sheindlin due to a pending bankruptcy proceeding concerning Les Metalliers Champenois, Corp. Although this Court's docket does not reflect where the bankruptcy was filed, a search of the docket of the U.S. Bankruptcy Court for the District of New Jersey indicates that a Les Metalliers Champenois, Corp. filed a bankruptcy petition on June 24, 2015, No. 15-21847-JKS. That case was marked closed in May 2018. No action has occurred in this case since reassignment to this Court in May 2016.

    Accordingly, the parties are directed to provide the Court with a status update by Wednesday, February 5, 2020 discussing whether the stay may be lifted and whether this case may proceed.

It is SO ORDERED.

Dated:   January 29, 2020
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.