UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERIOR MANAGEMENT, INC.,

                Plaintiff,

– *against* –

LES METALLIERS CHAMPENOIS CORP.,

                Defendant.

**ORDER**

15 Civ. 1050 (ER)

RAMOS, D.J.:

       This case was stayed on April 19, 2016 due to the bankruptcy of defendant Les Metalliers Champenois Corp. Doc. 18. On January 29, 2020, this Court noted Les Metalliers Champenois had seemingly emerged from bankruptcy in May 2018. Doc. 19. It ordered the parties to update the Court on the case's status by February 5, 2020. On February 5, 2020, counsel for both parties filed simultaneous letters with the Court. Counsel for Les Metalliers Champenois indicated the company had indeed emerged from bankruptcy, that plaintiff Interior Management, Inc. had received a distribution payment for its claim, and that Les Metalliers Champenois was no longer a going concern. Doc. 22. Counsel for Interior Management indicated that it was investigating the bankruptcy and a business seemingly still operating under the name of Les Metalliers Champenois. Doc. 21. Plaintiff's counsel asked for thirty days to further investigate.

       The Court has received no further communications from the parties. Given that counsel for the defendant has indicated that there is no longer reason to continue the bankruptcy stay, the Clerk of Court is respectfully directed to LIFT the stay on this case. The parties are directed to file a status report with the Court by June 1, 2020. Failure to

2

comply with this Order may result in sanctions including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   May 5, 2020
             New York, New York

_____
EDGARDO RAMOS, U.S.D.J.